732 A.2d 512

IN THE MATTER OF STANLEY S. FRANKFURT, AN ATTORNEY AT LAW.

July 16, 1999.

522

## ORDER

The Disciplinary Review Board on April 16, 1999, having filed with the Court its decision concluding that **STANLEY S. FRANKFURT** formerly of **PATERSON,** who was admitted to the bar of this State in 1987, should be suspended from the practice of law for a period of three months on the basis of respondent's conviction of contempt of court and entry of a plea of guilty to a fourth-degree charge of stalking;

And the Board having further concluded that prior to reinstatement to practice respondent should be required to submit proof that he is psychologically fit to practice law;

And good cause appearing

It is ORDERED that **STANLEY S. FRANKFURT** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective August 11, 1999; and it is further

ORDERED that prior to any application for reinstatement to practice, respondent shall submit proof from a mental health professional approved by the Office of Attorney Ethics that respondent is fit to practice law; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.